**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDGEWELL PERSONAL CARE BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLAMOUR GOODS CORP.,<br><br>Defendant. | Civil Action No. 1:26-cv-04972<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Glamour Goods Corp. ("Defendant"), by and through its undersigned counsel, certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of Defendant.

Dated: September 10, 2026

Respectfully submitted,

TARTER KRINSKY & DROGIN LLP

By: *s/ Mark Berkowitz*

Mark Berkowitz
Sandra A. Hudak
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com
shudak@tarterkrinsky.com

***Attorneys for Defendant Glamour Goods Corp.***