Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
**Partner**
**212-216-1166**
**mberkowitz@tarterkrinsky.com**

**Via ECF** September 10, 2026

The Honorable James R. Cho, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edgewell Personal Care Brands LLC v. Glamour Goods Corp.*, No. 1:26-cv-04972
Defendant's Notice Under Administrative Order No. 2025-14

Dear Judge Cho:

We represent Defendant Glamour Goods Corp. ("Defendant") in the above-referenced matter. We write in accordance with Paragraph 4 of Administrative Order No. 2025-14 to inform the Court of Defendant's intention to file a motion to dismiss the Complaint (ECF No. 1) under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim. As of the date of this letter, a consent form signed by all parties consenting to the jurisdiction of the Magistrate Judge has not been filed.

Respectfully submitted,

*s/ Mark Berkowitz*

Mark Berkowitz

cc: All Counsel of Record via ECF